

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00335-CV

Abdolrahim **SHARIFAN**,
Appellant

v.

Suzette **SHARIFAN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI04490
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: September 11, 2019

DISMISSED

Appellant, Abdolrahim Sharifan, filed a motion to dismiss, asserting that he does not wish to pursue his appeal. The motion states that the parties have conferred and that appellee, Suzette Sharifan, does not oppose the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM